UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA LA MANNA,

                                     **Plaintiff,**                          24-CV-04759 (JMF)(SN)

        -against-                                                 **ORDER**

MICHAEL PROPPER, et al.,

                                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Tuesday, June 25, 2024, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. Consistent with the deadlines set by Judge Furman's June 25, 2024 Order, the parties are directed to email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      June 27, 2024
                  New York, New York