UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREA LA MANNA,

                                                 **Plaintiff,**

                    -against-

MICHAEL PROPPER, et al.,

                                                 **Defendants.**

------------------------------------------------------------X

24-CV-04759 (JMF)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Tuesday, June 25, 2024, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. Consistent with the deadlines set by Judge Furman's September 13, 2024 order, ECF No. 35, and this Court's June 27, 2024 order, ECF No. 5, the parties are directed to email Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 16, 2024
                New York, New York