# FEATHER LAW FIRM, P.C.

666 OLD COUNTRY ROAD
SUITE 509
GARDEN CITY, NEW YORK 11530

Telephone: 516.745.9000
Facsimile: 516.908.3930

DFeather@FeatherLawFirm.com
www.FeatherLawFirm.com

September 26, 2024

**VIA ECF ONLY**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    LaManna v. Michael Propper, et al.
             Docket No. 24-cv-04759 (JMF)(SN)

Dear Judge Furman:

       The undersigned, along with Steven H. Sewell, Esq., represents the Defendants in the above-referenced matter. This letter, however, is being sent to the Court on behalf of all Parties.

       By Order dated September 13, 2024, the Court "So-Ordered" the Parties' signed stipulation withdrawing Plaintiff's Motion for a Default Judgment, and extending Defendants' time to answer or otherwise respond to the Complaint, to September 20, 2024. The Court also adjourned the previously scheduled court conference, from September 26, 2024 to October 10, 2024. Finally, the Court directed the Parties to participate in an early settlement conference with Magistrate Judge Sarah Netburn at least two weeks prior to said court conference.

       The Parties contacted Magistrate Judge Netburn via joint letter on September 17, 2024. Unfortunately, the first available date that works for Magistrate Judge Netburn, the Parties and their legal counsel for a settlement conference was October 28, 2024. Thus, a settlement conference is now scheduled for 10:00 a.m. on that date.

       By this letter, and due to the date of the scheduled Settlement Conference, the Parties respectfully request a short adjournment of the initial conference before Your Honor, to a date at least two weeks after October 28, 2024. Legal counsel for the Parties have conferred, and are available on November 18, 20, 21 and 22, 2024.

For the reasons set forth herein, the Parties respectfully request that the Court adjourn the initial conference, presently scheduled for October 10, 2024, to either November 18, 20, 21 or 22, 2024, or to another date convenient to the Court.

Respectfully yours,

*David S. Feather*

Application GRANTED.  The initial pretrial conference, presently scheduled for October 10, 2024, is hereby ADJOURNED to **November 21, 2024 at 9:00 a.m.**  All dial-in instructions remain the same.  The Clerk of Court is directed to terminate ECF No. 39.

SO ORDERED.

September 26, 2024