```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANDREA LA MANNA,

                          Plaintiff,

       -against-

MICHAEL PROPPER, et al.,

                         Defendants.
-----------------------------------------------------------------X

24-CV-04759 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On December 17, 2024, the parties filed a proposed Stipulation of Settlement and Order. ECF No. 47. The parties did not attach an executed Settlement Agreement. Within one week of this order the parties are directed to file a revised Stipulation of Settlement and Order attaching the executed Settlement Agreement.

The Initial Pretrial Conference scheduled for Thursday, December 19, 2025, is ADJOURNED pending further order of the Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 17, 2024
             New York, New York