**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

ANDREA LA MANNA,

                                     Plaintiff,                    **24-CV-04759 (SN)**

           -against-                                               **ORDER**

MICHAEL PROPPER, et al.,

                                     Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In this Fair Labor Standards Act case, the parties appeared before the Court for a

settlement conference on October 28, 2024. On December 24, 2024, the parties submitted a

proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake

House, 796 F.3d 199 (2d Cir. 2015). ECF No. 49. Having reviewed the proposed settlement, the

Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is

DISMISSED with prejudice.

**SO ORDERED.**


SARAH NETBURN
United States Magistrate Judge

DATED:        December 26, 2024
              New York, New York