UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ANDREA LA MANNA,

                              Plaintiff,                              24-CV-04759 (SN)

              -against-                                               **ORDER**

MICHAEL PROPPER, et al.,

                              Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

In light of Defendants' repeated failure to comply with their payment obligations under the settlement agreement, Defendants are ORDERED to pay $500.00 toward Plaintiff's attorneys' fees incurred in connection with enforcing the agreement and collecting late payments. Payment must be made by June 15, 2026.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       May 19, 2026
             New York, New York