STEVEN H. SEWELL, P.C.
ATTORNEY AT LAW
170 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 997-0400
FACSIMILE: (516) 997-0029
E-MAIL: STEVEN@SEWELLPC.COM
WEBSITE: SEWELLPC.COM

STEVEN H. SEWELL

MICHAEL A. MARKOWITZ
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 6/22/2026

June 21, 2026

**VIA ECF AND E-MAIL ("DILJAH_SHAW@NYSD.USCOURTS.GOV")**

Honorable Sarah Netburn, U.S.M.J.
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, NY 10007

Re: Andrea La Manna v. Michael Propper, et al.;
Docket No. 24-CV-04759 (JMF)(SN)

Dear Judge Netburn:

The undersigned, along with David Feather, Esq., are legal counsel to Defendants in the above-referenced matter. I write in response to Daniel S. Braverman, Esq. letter to you dated June 17, 2026 ("Letter"). I am writing to you on Sunday, as tomorrow, June 22, 2026, I am scheduled for surgery and have been advised that I will unable to drive to my office or type for approximately seven to ten days.

As set forth in Mr. Braverman's Letter, a conference was held before Your Honor on May 19, 2026. At that time, the terms of a Stipulation of Settlement Amendment ("Stipulation of Settlement") was agreed to by the parties, later executed by all parties, and subsequently So-Ordered by Your Honor on May 26, 2026. Among other things, the Stipulation provided that the Defendants were required to made double payments no later than June 23, 2026, with the additional payment in lieu of the May, 2028 payment.

On May 19, 2026, an Order from Your Honor was received which provided that the Defendants pay $500.00 towards Plaintiff's attorney's fees by June 15, 2026.

Upon receipt of the Letter, I immediately provided a copy of same to Michael Propper, and was advised that not only had he paid the $500.00, but also paid the monies due on June 23, 2026 via ACH. Subsequently, Mr. Propper advised me that for reasons he cannot explain, and can only attribute to a clerical error, none of the payments had gone through.

Mr. Propper advised me that upon determining the payments had not gone through, on June 17, 2026, he again scheduled ACH payments of $500.00, and the double payments due on June 23, 2026. Mr. Braverman and the Plaintiff should have all payments.

Rather than have an attorney prepare an affidavit for Mr. Propper, I requested that Mr. Propper, in his own words, prepare a letter to Your Honor, explaining what occurred, and have same signed before a notary public. Mr. Propper's letter is attached as an exhibit.

It is clear that Mr. Propper has fully complied with the terms of the Stipulation of Settlement, and but for a clerical error, would have timely complied with Your Honor's Order requiring payment of $500.00. Upon notification that his ACH payment had not gone through, he immediately sent another ACH payment.

As set forth in Mr. Propper's letter, he intends to fully comply with the Stipulation of Settlement, and has in fact complied with his obligations by paying the June 23, 2026 double payments early. Accordingly, I request that the Plaintiff's request for relief be denied.

Respectfully yours,

Steven H. Sewell

Enc.
Cc: Braverman, PLLC
Cc: David Feather, Esq.

Plaintiff shall confirm by June 25, 2026, whether he has received the above-mentioned payment.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: June 22, 2026
New York, New York