**BRAVERMAN, PLLC**
**19 WEST 44TH STREET, SUITE 1500**
**NEW YORK, NEW YORK 10036**
**212.233.2910 DIR 646.385.7549 FAX**

June 25, 2026

**VIA ECF AND E-MAIL ("DILJAH_SHAW@NYSD.USCOURTS.GOV")**

Honorable Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Andrea La Manna v. Michael Propper, et al.; Docket No. 24-CV-04759 (JMF)(SN)

Dear Judge Netburn:

As Your Honor is aware, this firm represents Plaintiff Andrea La Manna with respect to the above referenced action. We respectfully write in response to the Court's recent request asking whether Plaintiff has received the $500.00 payment toward Plaintiff's attorneys' fees that the Court Ordered paid to Plaintiff by June 15, 2026, or the settlement payments that were due on June 23, 2026 as stated by Defendants in their correspondence to the Court dated June 21, 2026.

In response, please note that after not timely receiving the $500.00 payment from Defendants on June 15, 2026, Plaintiff waited two more days to see if such payment would come in. When it still did not, on June 17, Plaintiff wrote to the Court to advise that such payment had not been made. Later that evening, Defendants apparently wired $500.00 into Plaintiff Andrea La Manna's bank account. Upon receiving Defendants' June 21 (Sunday) letter to the Court, my firm promptly reached out to Mr. La Manna who then confirmed that he indeed did receive the $500.00 payment two days late and after my firm wrote to the Court.

In addition, Defendants also stated in their June 21, 2026 correspondence that they paid the settlement payments (due June 23) also on June 17, 2026 and that Plaintiff and this firm therefore had now received the settlement payments due June 23. For the record, that was not accurate. As of June 21, neither Mr. La Manna nor my firm had received the settlement payments due by June 23, 2026. However, on June 22, 2026 Mr. La Manna and my firm received the settlement payments that were due on June 23, 2026 (i.e., one day early).

**BRAVERMAN, PLLC**
**19 WEST 44TH STREET, SUITE 1500**
**NEW YORK, NEW YORK 10036**
**212.233.2910 DIR 646.385.7549 FAX**

We thank you for Your Honor's continued interest and assistance in this matter. If any other information is requested, we will promptly provide same to the Court.

Respectfully submitted,

Braverman, PLLC
By:________________________
Daniel S. Braverman
Sean W. Higgins, Esq.,
Of Counsel

cc: Steven H. Sewell, Esq. (By e-mail: steven@sewellpc.com)
David S. Feather, Esq. (By e-mail: dfeather@featherlawfirm.com)